FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 0 8 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. CR 16-859 JCH |
| vs. | ) 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): |
| | ) Possession with Intent to Distribute |
| **ADAM CHAVEZ,** | ) 500 Grams and More of Methamphetamine. |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges:

On or about February 16, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **ADAM CHAVEZ**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, 500 grams and more of a mixture and substance containing a detectable amount methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney